285 So.2d 113

**In re Robert LEE**

**v.**

**Myra LAYTON.**

**Ex parte Myra LAYTON.**

**SC 488.**

Supreme Court of Alabama.

Sept. 20, 1973.

Ralph Slate, Decatur, for petitioner.

No brief for respondent.

McCALL, Justice.

Petition of Myra Layton for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Lee v. Layton, 51 Ala.App. 298, 285 So.2d 108.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and JONES, JJ., concur.

285 So.2d 500

**In re John Alvin LEE**

**v.**

**STATE.**

**Ex parte John Alvin Lee.**

**SC 549.**

Supreme Court of Alabama.

Nov. 15, 1973.

N. P. Callahan, Jr., Birmingham, for petitioner.

No brief for the State.

BLOODWORTH, Justice.

Petition of John Alvin Lee for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Lee v. State, 51 Ala.App. 332, 285 So.2d 495.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.